## JAMES BOSWORTH, JR. *v.* FORESTER MASON
## (AC 17273)

Lavery, Schaller and Dupont, Js.

Submitted on briefs March 5—officially released March 31, 1998

Per Curiam. The judgment is affirmed.

## WILLIAM VERCH *v.* DELAPHINE E. HATCH ET AL.
## (AC 17207)

Lavery, Schaller and Dupont, Js.

Submitted on briefs March 5—officially released March 31, 1998

Per Curiam. The judgment is affirmed.

## KATHLEEN MCLEAN *v.* BRIAN L. DURYEA ET AL.
## (AC 17161)

O'Connell, C. J., and Spear and Hennessy, Js.

Submitted on briefs March 5—officially released March 31, 1998

Per Curiam. The judgment is affirmed.